ACCEPTED
04-14-00244-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/6/2015 9:51:40 AM
KEITH HOTTLE
CLERK



# Nicholas "Nico" LaHood

### Criminal District Attorney
### Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

2/6/2015 9:51:40 AM

KEITH E. HOTTLE
Clerk

February 6, 2015

MR. KEITH HOTTLE
*Clerk of the Court*
FOURTH COURT OF APPEALS
Cadena-Reeves Justice Center
San Antonio, Texas 78205

Re:   **Waiver of Response to *Pro Se* Brief**
      *Isaiah Mata*, No. 04-14-00244-CR

Dear Mr. Hottle:

Please inform the Court that I, Nathan E. Morey, have reviewed Appellant Isaiah Mata's *pro se* brief and have concluded that a response is not necessary at this time. Should the Court require a response from the State prior to the disposition of this appeal, please contact me and I will submit one.

Respectfully submitted,

/s/ *Nathan E. Morey*

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State of Texas*

cc: ISAIAH MATA
    SID No. 891066
    200 North Comal
    San Antonio, Texas 78207
    *Appellant Pro Se*